**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTOPHER SOARES,** | : | **No. 3:26cv1544** |
| **Petitioner** | : | **(Judge Munley)** |
| **v.** | : | |
| **WARDEN F. GARZA,** | : | |
| **Respondent** | : | |

**ORDER**

**AND NOW**, to wit, this 31st day of July 2026, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The habeas petition is **DENIED**. (Doc. 1).
2. The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**